UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN RODRIGUEZ, | ) NO. EDCV 11-01666 VAP (SS) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| RICK HILL, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 25 2013

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE